IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br>                    Plaintiff, <br><br> v. <br><br> BARCLAYS BANK PLC; UBS AG; THE ROYAL BANK OF SCOTLAND GROUP PLC; THE ROYAL BANK OF SCOTLAND PLC; DEUTSCHE BANK AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CITIGROUP INC.; CITIBANK, N.A.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; COOPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; BRITISH BANKERS ASSOCIATION; and BBA LIBOR, LTD., <br><br>                    Defendants. | Case No. 13 CIV 7720 (NRB) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sam W. Cruse III, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Federal National Mortgage Association in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 26, 2013

Respectfully submitted,

/s/ Sam W. Cruse III
Sam W. Cruse III
Gibbs & Bruns LLP
1100 Louisiana Street, Suite 5300
Houston, Texas 77002-5215
Tel: (713) 751-5287
Fax: (713) 750-0903
scruse@gibbsbruns.com