IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,                )<br>                )<br>                )<br>Plaintiff,      )<br>                )<br>        v.      )<br>                )<br>BARCLAYS BANK PLC; UBS AG; THE ROYAL      )<br>BANK OF SCOTLAND GROUP PLC; THE ROYAL     )<br>BANK OF SCOTLAND PLC; DEUTSCHE BANK AG;   )<br>CREDIT SUISSE GROUP AG; CREDIT SUISSE     )<br>INTERNATIONAL; BANK OF AMERICA            )<br>CORPORATION; BANK OF AMERICA, N.A.;       )<br>CITIGROUP INC.; CITIBANK, N.A.; J.P. MORGAN )<br>CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; )<br>COOPERATIVE CENTRALE RAIFFEISEN-          )<br>BOERENLEENBANK B.A.; BRITISH BANKERS      )<br>ASSOCIATION; and BBA LIBOR, LTD.,         )<br>                )<br>Defendants.     ) | Case No. 13 CIV 7720 (NRB)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

-----------------------------------------X

The motion of Sam W. Cruse III for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sam W. Cruse III |
| Firm Name: | Gibbs & Bruns LLP |
| Address: | 1100 Louisiana Street, Suite 5300 |
| City / State / Zip: | Houston, Texas  77002-5215 |
| Telephone / Fax: | (713) 751-5287 / (713) 750-0903 |
| Email: | scruse@gibbsbruns.com |

Applicant, having requested admission Pro Hac Vice to appear for all purposes as counsel for Federal National Mortgage Association in the above-entitled action;

**IT IS HEREBY ORDERED** that Sam W. Cruse III is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2013              _____
                                              United States District / Magistrate Judge