# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-02262-NRB |
| THIS DOCUMENT RELATES TO:<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A., et al.,<br><br>                Defendants. | Case No. 13 CIV 7720 (NRB)<br><br>**Stipulation and Order of Dismissal With Prejudice of Citigroup Inc. and Citibank, N.A. Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants Citigroup Inc. and Citibank, N.A. (together, "Citi Defendants"), that all of Plaintiffs' claims against the Citi Defendants only are hereby dismissed with prejudice from the direct action *Federal National Mortgage Association v. Citigroup Inc.; Citibank, N.A., et al.*, 13-cv-7720 (S.D.N.Y.), pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, without interest or costs to any party.

Dated:      New York, New York
              August 2, 2019

                              WARNER PARTNERS, P.C.

                        By:   _____
                                     Kenneth E. Warner (KW-5524)
                                     950 Third Avenue, 32nd Floor
                                     New York, NY  10022
                                     Tel:  (212) 593-8000
                                     Email:  kwarner@warnerpc.com

GIBBS & BRUNS LLP

    Kathy D. Patrick (admitted *pro hac vice*)
    kpatrick@gibbsbruns.com
    Sam W. Cruse III (admitted *pro hac vice*)
    scruse@gibbsbruns.com
    David M. Sheeren (admitted *pro hac vice*)
    dsheeren@gibbsbruns.com
    1100 Louisiana, Suite 5300
    Houston, TX 77002
    Tel: (713) 650-8805

*Attorneys for Plaintiff*

COVINGTON & BURLING LLP

By: /s/ Andrew A. Ruffino

    Andrew A. Ruffino
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    (212) 841-1000
    aruffino@cov.com

    Andrew D. Lazerow
    850 10th St., N.W.
    Washington D.C., 20001
    (202) 662-6000
    alazerow@cov.com

*Attorneys for Citi Defendants*

SO ORDERED:

Dated:

_____          _____
                                                                                     Hon. Naomi Reice Buchwald
                                                                                      United States District Judge